Submitted on the record October 24, ballot title certified December 28, 2001

Bill SIZEMORE,
*Petitioner,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S48919)

37 P3d 984

Gregory W. Byrne, Portland, filed the petition for petitioner.

Janet A. Metcalf, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

.

## PER CURIAM

This ballot title review proceeding under ORS 250.085(2) concerns the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 103 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). *See* ORS 250.085(5) (stating that requirement).

Petitioner challenges all parts of the Attorney General's certified ballot title. We have considered petitioner's arguments and determine that they are not well taken. Accordingly we certify to the Secretary of State the following ballot title for the proposed measure:

AMENDS CONSTITUTION: ENTITLES VOTERS TO PREVENT SALE, PROTECT PRIVACY OF THEIR PETITION SIGNATURES; CREATES IMPLEMENTING, ENFORCEMENT PROVISIONS

RESULT OF "YES" VOTE: "Yes" vote entitles registered voters to prevent sale, protect privacy of their petition signatures; creates provisions implementing, enforcing that right, and requiring fines for violations.

RESULT OF "NO" VOTE: "No" vote rejects creation of constitutional right for registered voters to prevent the sale, and protect the privacy of their signatures on initiative, referendum petitions.

SUMMARY: Amends Constitution. Entitles registered voters to prevent their signatures on initiative or referendum petitions from being sold. Bars Secretary of State from approving petition for circulation unless petition clearly gives signers opportunity to indicate choice not to have signature sold. If signer so indicates, no one may pay for obtaining signature or transmitting it to Secretary. Names, addresses of signers may not be used for commercial solicitation, other purposes unrelated to qualifying measure for ballot. Requires minimum $250 fine for each unauthorized sale, knowing use, or transfer of information to third party. Does not prohibit payment for signature gathering by hour or on salary where amount of payment

not determined by number of signers who have indicated choice not to have signatures sold. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(11).